Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [136 Misc. 405.]

ESMOND P. O'BRIEN, Appellant, v. WILLIAM J. BAXTER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IMAR MORTGAGE CORPORATION, Plaintiff, v. STETSON REALTY CORPORATION, Appellant, and TICOLI REALTY CORPORATION, Respondent, Impleaded with Others.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, as to items 1 to 9, inclusive. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY HYMAN & CO., INC., Respondent, v. BLAKE MANUFACTURING COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDOR D. SUMMERS, Appellant, v. NEW YORK TITLE AND MORTGAGE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEATRICE P. TRENKMAN, Respondent, v. CLAIR SMITH, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN H. FOLTS, Respondent, v. UNITED DRESSED BEEF COMPANY OF NEW YORK, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE UDA, Respondent, v. THE YALE UPHOLSTERING MANUFACTURING COMPANY, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of O'Tier v. Sell (252 N. Y. 400). Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SHARP & NASSOIT, INC., Respondent, v. JOSEPH SILVERSON and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SHARP & NASSOIT, INC., Respondent, v. JOSEPH SILVERSON and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of BEST CLOTHING COMPANY, INC., Appellant, for a Peremptory Mandamus Order against CHARLES W. BERRY, Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAILLARD, INC., Respondent, v. PAUL MENDE, INC., and Others, Defendants, Impleaded with JOHN E. KLEIST, Appellant.— Order affirmed, with ten dollars